EXHIBIT A

**Organizational Meeting (Thursday, January 11, 2018)**
Generated by Gina Helmick on Friday, January 12, 2018

1. Opening Items

Procedural: A. Call to Order - President Pro Tem
Call to Order at 6:00 p.m.

Procedural: B. Pledge of Allegiance - President Pro Tem

Procedural: C. Roll Call of Members - Gina Helmick, Treasurer
Bledsoe, Cochren, Combs, Harris, Miller; present

Action: D. Oath of Office - Gina Helmick, Treasurer
Bledsoe, Cochren, Combs, Harris

Action: E. Adoption of Agenda - President Pro Tem
Recommended Action: Motion to adopt agenda as presented.
1-18 Mr. Bledsoe moved and Mr. Cochren seconded.
Yeas: Bledsoe, Cochren, Combs, Harris, Miller
Motion carried.

2. Reorganization - President Pro Tem

Action: A. Election of President
Recommended Action: Motion to elect new Board of Education President
2-18 Mr. Cochren nomintated Mr. Miller and Mr. Combs seconded.
Yeas: Cochren, Combs, Bledsoe, Harris, Miller
Motion carried.

Action: B. Election of Vice President
Recommended Action: Motion to elect new Board of Education Vice President
3-18 Mr. Bledsoe nominated Mr. Cochren and Mr. Combs seconded.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: C. Set time, date, and place for regular meeting in 2018
Recommended Action: Motion to set dates of the regular meetings as the 2nd Thursday each month.
4-18 Mr. Combs moved and Mr. Cochren seconded setting the second Thursday of each month for the Board of Education regular
meetins at 6:00 p.m. and will be held in rotating schools unless otherwise noted.
Yeas: Combs, Cochren, Bledsode, Harris, Miller
Motion carried

Action: Approval to combine reorganization items D-L and O and P
5-18 Mr. Bledsoe moved and Mr. Combs seconded.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: Approval of reorganization items D-L and O and P
6-18 Mr. Combs moved and Mr. Bledsoe seconded to approve of the following items.
Yeas: Combs, Bledsoe, Cochren, Harris, Miller
Motioin carried

Action: D. Establish the Board service fund

Action: E. Authorization for the Treasurer to pay bills as they are presented provided that funds are available.

Action: F. Authorization for the President and Treasurer to borrow money, if needed.

Action: G. Authorization for the Treasurer to invest inactive funds.

Action: H. Authorization for the Treasurer to request advances on local taxes.

Action: I. Authorization to purchase liability insurance for Board members.

Action: J. Authorization to establish a special account with a purpose to be expended for awards, plaques, meeting expenses for district employees, or similar types of benefits.

Action: K. Authorization for Board members, the Treasurer, and the Superintendent to attend professional meetings during calendar year 2018.

Action: L. Authorization to renew memberships in the Ohio School Board Association, Ohio School Board Association's Legal Assistance Program, the National School Board Association's Direct Affiliate Program, and the Huber Heights Chamber of Commerce.

Action: O. Authorization for the Superintendent to employ such temporary personnel as needed.

Action: P. Appointment of the Audit Committee to be composed of the Treasurer, Superintendent, and Board President.

Action:  Approval to combine reorganization items M and N
7-18 Mr. Bledsoe moved and Mr. Combs seconded.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: Approval of reorganization items M and N
8-18 Mr. Bledsoe moved and Mr. Combs seconded to approve of the following items.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: M. Authorization for the Superintendent to hire staff between Board meetings.

Action: N. Authorization for the Superintendent to accept staff resignations between Board meetings.


Action: Q. Appointment of Legislation Liaison to OSBA.
9-18 Mr. Miller nominated Mr. Combs to serve as the Student Legislative Liasion to the OSBA and Mr. Bledsoe seconded.
Yeas:  Miller, Bledsoe, Cochren, Combs, Harris
Motion carried

Action: R. Appointment of Student Achievement Liaison to OSBA.
10-18 Mr. Combs nominated Mr. Bledsoe as the Student Achievement Liasion to the OSBA and Mr. Cochren seconded.
Yeas: Combs, Bledsoe, Cochren, Harris, Miller
Motion carried


Action: S. Appointment of delegate  for the Ohio School Board Association's General Assembly in November 2018.
11-18 Mr. Bledsoe nominated Mr. Harris as the delegate to the OSBA's General Assembly and Mr. Harris seconded.
Yeas:  Bledsoe, Harris, Cochren, Combs, Miller
Motion carried

Action: T. Appointment of alternate  for the Ohio School Board Association's General Assembly in November 2018.
12-18 Mr. Bledsoe nominated Mr. Combs as the alternate to the OSBA's General Assembly and Mr. Cochren seconded.
Yeas:  Bledsoe, Cochren, Combs, Harris, Miller
Motion carried

3. Closing Item - Board President

Action: A. Adjournment
Recommended Action: Motion to adjourn meeting.
13-18 Mr. Combs moved and Mr. Harris seconded.
Yeas:  Combs, Harris, Bledsoe, Cochren, Miller
Motion carried

Adjourn at 5:43 p.m.

_____

Board President

_____

Treasurer



**HUBER HEIGHTS**
CITY SCHOOLS

### Thursday, January 9, 2020
### Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424

**5:30 p.m.**

## 1. Opening Items

| | |
|---|---|
| **Subject** | **A. Call to Order - President Pro Tem** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 1. Opening Items |
| Type | Procedural |

| | |
|---|---|
| **Subject** | **B. Oath of Office For New Board Members** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 1. Opening Items |
| Type | |

| | |
|---|---|
| **Subject** | **C. Pledge of Allegiance - President Pro Tem** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 1. Opening Items |
| Type | Procedural |

| | |
|---|---|
| **Subject** | **D. Adoption of Agenda - President Pro Tem** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 1. Opening Items |
| Type | Action |
| Recommended Action | Motion to adopt agenda as presented. |

## 2. Reorganization - President Pro Tem

| | |
|---|---|
| **Subject** | **A. Election of President** |

| | |
|---|---|
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization – President Pro Tem |
| Type | Action |
| Recommended Action | Motion to elect new Board of Education President |

| | |
|---|---|
| **Subject** | **B. Election of Vice President** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization – President Pro Tem |
| Type | Action |
| Recommended Action | Motion to elect new Board of Education Vice President |

| | |
|---|---|
| **Subject** | **C. Set time, date, and place for regular meetings in 2020** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization – President Pro Tem |
| Type | Action |
| Recommended Action | Motion to set dates of the regular meetings as the 2nd Thursday each month. |

| | |
|---|---|
| **Subject** | **D. Establish the Board service fund** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization – President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **E. Authorization for the Treasurer to pay bills as they are presented provided that funds are available.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization – President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **F. Authorization for the President and Treasurer to borrow money, if needed.** |

| | |
|---|---|
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **G. Authorization for the Treasurer to invest inactive funds.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **H. Authorization for the Treasurer to request advances on local taxes.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **I. Authorization to purchase liability insurance for Board members.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **J. Authorization to establish a special account with a purpose to be expended for awards, plaques, meeting expenses for district employees, or similar types of benefits.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **K. Authorization for Board members, the Treasurer, and the Superintendent to attend professional meetings during calendar year 2020.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **L. Authorization to renew memberships in the Ohio School Board Association, Ohio School Board Association's Legal Assistance Program, the National School Board Association's Direct Affiliate Program, and the Huber Heights Chamber of Commerce.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **M. Authorization for the Superintendent to hire staff between Board meetings.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **N. Authorization for the Superintendent to accept staff resignations between Board meetings.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **O. Authorization for the Superintendent to employ such temporary personnel as needed.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **P. Appointment of the Audit Committee to be composed of the Treasurer, Superintendent, and Board President.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **Q. Appointment of Legislation Liaison to OSBA.** |

| | |
|---|---|
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **R. Appointment of Student Achievement Liaison to OSBA.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **S. Appointment of delegate for the Ohio School Board Association's General Assembly in November 2020.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **T. Appointment of alternate delegate for the Ohio School Board Association's General Assembly in November 2020.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | |

| | |
|---|---|
| **Subject** | **U. Appointment of representative to Board of the MVCTC (three year term).** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

## 3. Closing Item - Board President

| | |
|---|---|
| **Subject** | **A. Adjournment** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 3. Closing Item - Board President |
| Type | Action |
| Recommended Action | Motion to adjourn meeting. |

Exhibit C

**Organizational Meeting (Thursday, January 11, 2018)**
Generated by Gina Helmick on Friday, January 12, 2018

1. Opening Items

Procedural: A. Call to Order - President Pro Tem
Call to Order at 6:00 p.m.

Procedural: B. Pledge of Allegiance - President Pro Tem

Procedural: C. Roll Call of Members - Gina Helmick, Treasurer
Bledsoe, Cochren, Combs, Harris, Miller; present

Action: D. Oath of Office - Gina Helmick, Treasurer
Bledsoe, Cochren, Combs, Harris

Action: E. Adoption of Agenda - President Pro Tem
Recommended Action: Motion to adopt agenda as presented.
1-18 Mr. Bledsoe moved and Mr. Cochren seconded.
Yeas:  Bledsoe, Cochren, Combs, Harris, Miller
Motion carried.

2. Reorganization - President Pro Tem

Action: A. Election of President
Recommended Action: Motion to elect new Board of Education President
2-18 Mr. Cochren nomintated Mr. Miller and Mr. Combs seconded.
Yeas: Cochren, Combs, Bledsoe, Harris, Miller
Motion carried.

Action: B. Election of Vice President
Recommended Action: Motion to elect new Board of Education Vice President
3-18 Mr. Bledsoe nominated Mr. Cochren and Mr. Combs seconded.
Yeas:  Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: C. Set time, date, and place for regular meeting in 2018
Recommended Action: Motion to set dates of the regular meetings as the 2nd Thursday each month.
4-18 Mr. Combs moved and Mr. Cochren seconded setting the second Thursday of each month for the Board of Education regular
meetins at 6:00 p.m. and will be held in rotating schools unless otherwise noted.
Yeas:  Combs, Cochren, Bledsode, Harris, Miller
Motion carried

Action:  Approval to combine reorganization items D-L and O and P
5-18 Mr. Bledsoe moved and Mr. Combs seconded.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: Approval of reorganization items D-L and O and P
6-18 Mr. Combs moved and Mr. Bledsoe seconded to approve of the following items.
Yeas: Combs, Bledsoe, Cochren, Harris, Miller
Motioin carried

Action: D. Establish the Board service fund

Action: E. Authorization for the Treasurer to pay bills as they are presented provided that funds are available.

Action: F. Authorization for the President and Treasurer to borrow money, if needed.

Action: G. Authorization for the Treasurer to invest inactive funds.

Action: H. Authorization for the Treasurer to request advances on local taxes.

Action: I. Authorization to purchase liability insurance for Board members.

Action: J. Authorization to establish a special account with a purpose to be expended for awards, plaques, meeting expenses for district employees, or similar types of benefits.

Action: K. Authorization for Board members, the Treasurer, and the Superintendent to attend professional meetings during calendar year 2018.

Action: L. Authorization to renew memberships in the Ohio School Board Association, Ohio School Board Association's Legal Assistance Program, the National School Board Association's Direct Affiliate Program, and the Huber Heights Chamber of Commerce.

Action: O. Authorization for the Superintendent to employ such temporary personnel as needed.

Action: P. Appointment of the Audit Committee to be composed of the Treasurer, Superintendent, and Board President.

Action:  Approval to combine reorganization items M and N
7-18 Mr. Bledsoe moved and Mr. Combs seconded.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: Approval of reorganization items M and N
8-18 Mr. Bledsoe moved and Mr. Combs seconded to approve of the following items.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: M. Authorization for the Superintendent to hire staff between Board meetings.

Action: N. Authorization for the Superintendent to accept staff resignations between Board meetings.

Action: Q. Appointment of Legislation Liaison to OSBA.
9-18 Mr. Miller nominated Mr. Combs to serve as the Student Legislative Liasion to the OSBA and Mr. Bledsoe seconded.
Yeas:  Miller, Bledsoe, Cochren, Combs, Harris
Motion carried

Action: R. Appointment of Student Achievement Liaison to OSBA.
10-18 Mr. Combs nominated Mr. Bledsoe as the Student Achievement Liasion to the OSBA and Mr. Cochren seconded.
Yeas: Combs, Bledsoe, Cochren, Harris, Miller
Motion carried

Action: S. Appointment of delegate  for the Ohio School Board Association's General Assembly in November 2018.
11-18 Mr. Bledsoe nominated Mr. Harris as the delegate to the OSBA's General Assembly and Mr. Harris seconded.
Yeas:  Bledsoe, Harris, Cochren, Combs, Miller
Motion carried

Action: T. Appointment of alternate  for the Ohio School Board Association's General Assembly in November 2018.
12-18 Mr. Bledsoe nominated Mr. Combs as the alternate to the OSBA's General Assembly and Mr. Cochren seconded.
Yeas:  Bledsoe, Cochren, Combs, Harris, Miller
Motion carried

3. Closing Item - Board President

Action: A. Adjournment
Recommended Action: Motion to adjourn meeting.
13-18 Mr. Combs moved and Mr. Harris seconded.
Yeas:  Combs, Harris, Bledsoe, Cochren, Miller
Motion carried

Adjourn at 5:43 p.m.

_____
Board President

_____
Treasurer

Exhibit D

**Organizational Meeting (Thursday, January 11, 2018)**
Generated by Gina Helmick on Friday, January 12, 2018

1. Opening Items

Procedural: A. Call to Order - President Pro Tem
Call to Order at 6:00 p.m.

Procedural: B. Pledge of Allegiance - President Pro Tem

Procedural: C. Roll Call of Members - Gina Helmick, Treasurer
Bledsoe, Cochren, Combs, Harris, Miller; present

Action: D. Oath of Office - Gina Helmick, Treasurer
Bledsoe, Cochren, Combs, Harris

Action: E. Adoption of Agenda - President Pro Tem
Recommended Action: Motion to adopt agenda as presented.
1-18 Mr. Bledsoe moved and Mr. Cochren seconded.
Yeas: Bledsoe, Cochren, Combs, Harris, Miller
Motion carried.

2. Reorganization - President Pro Tem

Action: A. Election of President
Recommended Action: Motion to elect new Board of Education President
2-18 Mr. Cochren nomintated Mr. Miller and Mr. Combs seconded.
Yeas: Cochren, Combs, Bledsoe, Harris, Miller
Motion carried.

Action: B. Election of Vice President
Recommended Action: Motion to elect new Board of Education Vice President
3-18 Mr. Bledsoe nominated Mr. Cochren and Mr. Combs seconded.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: C. Set time, date, and place for regular meeting in 2018
Recommended Action: Motion to set dates of the regular meetings as the 2nd Thursday each month.
4-18 Mr. Combs moved and Mr. Cochren seconded setting the second Thursday of each month for the Board of Education regular
meetins at 6:00 p.m. and will be held in rotating schools unless otherwise noted.
Yeas: Combs, Cochren, Bledsode, Harris, Miller
Motion carried

Action: Approval to combine reorganization items D-L and O and P
5-18 Mr. Bledsoe moved and Mr. Combs seconded.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: Approval of reorganization items D-L and O and P
6-18 Mr. Combs moved and Mr. Bledsoe seconded to approve of the following items.
Yeas: Combs, Bledsoe, Cochren, Harris, Miller
Motioin carried

Action: D. Establish the Board service fund

Action: E. Authorization for the Treasurer to pay bills as they are presented provided that funds are available.

Action: F. Authorization for the President and Treasurer to borrow money, if needed.

Action: G. Authorization for the Treasurer to invest inactive funds.

Action: H. Authorization for the Treasurer to request advances on local taxes.

Action: I. Authorization to purchase liability insurance for Board members.

Action: J. Authorization to establish a special account with a purpose to be expended for awards, plaques, meeting expenses for district employees, or similar types of benefits.

Action: K. Authorization for Board members, the Treasurer, and the Superintendent to attend professional meetings during calendar year 2018.

Action: L. Authorization to renew memberships in the Ohio School Board Association, Ohio School Board Association's Legal Assistance Program, the National School Board Association's Direct Affiliate Program, and the Huber Heights Chamber of Commerce.

Action: O. Authorization for the Superintendent to employ such temporary personnel as needed.

Action: P. Appointment of the Audit Committee to be composed of the Treasurer, Superintendent, and Board President.

Action: Approval to combine reorganization items M and N
7-18 Mr. Bledsoe moved and Mr. Combs seconded.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: Approval of reorganization items M and N
8-18 Mr. Bledsoe moved and Mr. Combs seconded to approve of the following items.
Yeas: Bledsoe, Combs, Cochren, Harris, Miller
Motion carried

Action: M. Authorization for the Superintendent to hire staff between Board meetings.

Action: N. Authorization for the Superintendent to accept staff resignations between Board meetings.

Action: Q. Appointment of Legislation Liaison to OSBA.
9-18 Mr. Miller nominated Mr. Combs to serve as the Student Legislative Liasion to the OSBA and Mr. Bledsoe seconded.
Yeas:  Miller, Bledsoe, Cochren, Combs, Harris
Motion carried

Action: R. Appointment of Student Achievement Liaison to OSBA.
10-18 Mr. Combs nominated Mr. Bledsoe as the Student Achievement Liasion to the OSBA and Mr. Cochren seconded.
Yeas: Combs, Bledsoe, Cochren, Harris, Miller
Motion carried

Action: S. Appointment of delegate  for the Ohio School Board Association's General Assembly in November 2018.
11-18 Mr. Bledsoe nominated Mr. Harris as the delegate to the OSBA's General Assembly and Mr. Harris seconded.
Yeas:  Bledsoe, Harris, Cochren, Combs, Miller
Motion carried

Action: T. Appointment of alternate  for the Ohio School Board Association's General Assembly in November 2018.
12-18 Mr. Bledsoe nominated Mr. Combs as the alternate to the OSBA's General Assembly and Mr. Cochren seconded.
Yeas:  Bledsoe, Cochren, Combs, Harris, Miller
Motion carried

3. Closing Item - Board President

Action: A. Adjournment
Recommended Action: Motion to adjourn meeting.
13-18 Mr. Combs moved and Mr. Harris seconded.
Yeas:  Combs, Harris, Bledsoe, Cochren, Miller
Motion carried

Adjourn at 5:43 p.m.

_____

Board President

_____

Treasurer

Exhibit E



**HUBER HEIGHTS**
CITY SCHOOLS

# Thursday, January 9, 2020
## Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424

**5:30 p.m.**

## 1. Opening Items

| | |
|---|---|
| **Subject** | **A. Call to Order - President Pro Tem** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 1. Opening Items |
| Type | Procedural |

| | |
|---|---|
| **Subject** | **B. Oath of Office For New Board Members** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 1. Opening Items |
| Type | |

| | |
|---|---|
| **Subject** | **C. Pledge of Allegiance - President Pro Tem** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 1. Opening Items |
| Type | Procedural |

| | |
|---|---|
| **Subject** | **D. Adoption of Agenda - President Pro Tem** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 1. Opening Items |
| Type | Action |
| Recommended Action | Motion to adopt agenda as presented. |

## 2. Reorganization - President Pro Tem

| | |
|---|---|
| **Subject** | **A. Election of President** |

| | |
|---|---|
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |
| Recommended Action | Motion to elect new Board of Education President |

| | |
|---|---|
| **Subject** | **B. Election of Vice President** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |
| Recommended Action | Motion to elect new Board of Education Vice President |

| | |
|---|---|
| **Subject** | **C. Set time, date, and place for regular meetings in 2020** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |
| Recommended Action | Motion to set dates of the regular meetings as the 2nd Thursday each month. |

| | |
|---|---|
| **Subject** | **D. Establish the Board service fund** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **E. Authorization for the Treasurer to pay bills as they are presented provided that funds are available.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **F. Authorization for the President and Treasurer to borrow money, if needed.** |

Meeting

Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424

Category

2. Reorganization - President Pro Tem

Type

Action

**Subject**

**G. Authorization for the Treasurer to invest inactive funds.**

Meeting

Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424

Category

2. Reorganization - President Pro Tem

Type

Action

**Subject**

**H. Authorization for the Treasurer to request advances on local taxes.**

Meeting

Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424

Category

2. Reorganization - President Pro Tem

Type

Action

**Subject**

**I. Authorization to purchase liability insurance for Board members.**

Meeting

Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424

Category

2. Reorganization - President Pro Tem

Type

Action

**Subject**

**J. Authorization to establish a special account with a purpose to be expended for awards, plaques, meeting expenses for district employees, or similar types of benefits.**

Meeting

Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424

Category

2. Reorganization - President Pro Tem

Type

Action

**Subject**

**K. Authorization for Board members, the Treasurer, and the Superintendent to attend professional meetings during calendar year 2020.**

Meeting

Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424

Category

2. Reorganization - President Pro Tem

Type

Action

| | |
|---|---|
| **Subject** | **L. Authorization to renew memberships in the Ohio School Board Association, Ohio School Board Association's Legal Assistance Program, the National School Board Association's Direct Affiliate Program, and the Huber Heights Chamber of Commerce.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **M. Authorization for the Superintendent to hire staff between Board meetings.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **N. Authorization for the Superintendent to accept staff resignations between Board meetings.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **O. Authorization for the Superintendent to employ such temporary personnel as needed.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **P. Appointment of the Audit Committee to be composed of the Treasurer, Superintendent, and Board President.** |
| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

| | |
|---|---|
| **Subject** | **Q. Appointment of Legislation Liaison to OSBA.** |

| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
|---|---|
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

**Subject**    **R. Appointment of Student Achievement Liaison to OSBA.**

| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
|---|---|
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

**Subject**    **S. Appointment of delegate for the Ohio School Board Association's General Assembly in November 2020.**

| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
|---|---|
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

**Subject**    **T. Appointment of alternate delegate for the Ohio School Board Association's General Assembly in November 2020.**

| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
|---|---|
| Category | 2. Reorganization - President Pro Tem |
| Type | |

**Subject**    **U. Appointment of representative to Board of the MVCTC (three year term).**

| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
|---|---|
| Category | 2. Reorganization - President Pro Tem |
| Type | Action |

## 3. Closing Item - Board President

**Subject**    **A. Adjournment**

| Meeting | Jan 9, 2020 - Organizational Meeting - Studebaker, 5954 Longford Road - Huber Heights, OH 45424 |
|---|---|
| Category | 3. Closing Item - Board President |
| Type | Action |
| Recommended Action | Motion to adjourn meeting. |

Exhibit F

**HUBER HEIGHTS**
CITY SCHOOLS

| | |
|---|---|
| Book | Policy Manual |
| Section | Section E: Support Services |
| Title | Use of Face Coverings |
| Code | EBEA |
| Status | Active |
| Legal | ORC 3313.20(A) |
| | CONTRACT REF.: Teachers' Negotiated Agreement |
| | CONTRACT REF.: Classified Staff Negotiated Agreement |
| Adopted | July 28, 2020 |
| Last Revised | February 11, 2021 |

### Use of Face Coverings

The Huber Heights City School District recognizes its responsibility relative to student, employee, vendor, and visitor health and safety.

The spread of certain communicable diseases, specifically those that are transmitted via respiratory droplets, may be limited by use of face coverings, including face masks and other face shields (including, but not limited to cloth/fabric face masks and face shields that wrap around the face, extend over the nose and below the chin).

In order to maintain a safe and healthy school environment, and reduce the potential spread of communicable disease, the Board complies with all federal, state, and local legal mandates intended to protect the health and safety of the District's students, employees, and visitors; including requirements to implement and enforce the use of face coverings while on District property and/or during offsite school events and programming.

When, and in the event the Federal/State mandated use of face coverings ceases, this policy shall cease as well. At any time the Federal or State Government issues a face covering mandate, we will revisit face coverings as a Board Policy once more.

The Superintendent shall establish procedures and requirements regarding the use of face coverings by District students, staff, vendors, and visitors, in compliance with legal requirements and any orders issued by the Ohio Department of Health, local departments of health, the Ohio Department of Education or other entities authorized to regulate health or education within the state. In developing such procedures and regulations, the Superintendent also will consider available medical science and recommendations set forth by the Centers for Disease Control and Prevention, U.S. Department of Education, Ohio Department of Health and local departments of health. The Superintendent shall update the procedures and requirements regarding the use of face coverings as needed based on changes to the law, orders or recommendations from the above-named entities. The District's procedures and requirements regarding face coverings are made publicly available in the Huber Heights City Schools Back to School Plan.

As reflected in the statewide Mask Order, those with a medical condition or disability may be exempted from wearing a facial covering while on District property or during offsite events and programming. Those seeking such an exemption shall submit their request, along with a note from their healthcare provider in support of the exemption, to the principal or assistant principal of the school of the event or activity.

# Back to School Plan 3.~~1~~2 Details

**Districtwide Staff Preparation**

All of our administrators and staff will report to work at school 100% of the time as they return over the next month. This will provide the district with several benefits:

- Technological issues with computers, wi-fi, and other concerns can be solved onsite, in our buildings with district tech staff being able to support teachers.
- The many physical resources available to families and teachers at school will be readily available for use in helping support curriculum, instruction, and learning.
- The opportunity to physically collaborate in small groups for our staff will be readily available.
- The ability to host meetings on site, in our schools, for families and staff members is invaluable.  Though we encourage online meetings to increase safety and reduce exposure, we will be able to facilitate those meetings in person with families and other entities if necessary.
- Professional development and training is always better in-person.  Working together on-site will give us a chance to create smaller workshops that can help us improve our work with students.

Between last spring and now, our staff has engaged in significant training in *Google Classroom, Seesaw,* blended learning, and *Modern Teacher*.  By the time school begins on August 27, our entire team will have completed training in *Google Classroom/Seesaw*, blended learning, *Modern Teacher,* the online learning curriculum/instruction of *SchoolsPLP,* and/or COVID-19 safety training.  All of this training and learning is preparing us to deliver an excellent learning experience for our students when school begins again on August 27.

**Younger Students Return First**

Recent COVID-19 scientific research suggests that younger students are ~~far~~ less likely to spread the virus to others.  Furthermore, once younger students contract the virus, they are much less likely to see significant health complications than older students and adults.  We also know from parent feedback that a big challenge is finding childcare for younger students while parents need to work.  Finally, from a learning standpoint, preschool to 3rd grades are the most important years for students to learn to read.  This is the most essential building block to future learning success in school and life after high school.  While online learning can help students,



nothing substitutes the skills and instruction of a classroom teacher working with children on a daily basis.

Given all of this data and the experience from other countries, we believe the best course of action will be to have a slow reentry plan, with younger students coming back to school first. Our new plan will gradually add more grade levels to in-person learning from preschool up to high school.

**Students with Significant Special Education Needs**

Students with multiple disabilities have great difficulty getting their needs met while learning online. It is essential that they learn in person, with their teachers present. Our plan is to start the school year with all students scheduled in multi-handicapped classrooms attending school in the building, during their regular school hours. Parents of students in multiple disabilities classrooms may opt to start the year online, if preferred.

In addition, we have students with significant emotional disabilities. Students scheduled to be in specialized classes for emotional disabilities will be permitted to return to school in person, full time, beginning Monday, September 14. Parents of students in emotional disabilities classrooms may opt to keep their student working from home online, if preferred.

**100% Online Learning With Huber Heights Teachers Option**

Though we will start the year online for students and move gradually to in-person instruction, students will have the opportunity to remain learning online with their teachers and peers asynchronously. Online learning in our Back to School Plan 3.02 will look differently than the Warrior Team from Plan 1.0. Here are the specific details:

- Everyone in grades PK-12 will begin the school year online with Huber Heights teachers.
- Once the student's grade level begins to return to school in a blended or full-time fashion, families can choose to have their children remain online and not attend school physically. In those cases, the student will learn online from the same teacher, while the rest of their class learns in person. Coursework & instruction will be shared with online students using *Google Classroom/Seesaw, Google Meet*, and *SchoolsPLP*.
- Students will maintain their current class schedules and teachers, as assigned.
- 100% online students will be permitted to participate in after school activities, where possible. The only challenge will be with activities that are extensions of classes held



during the school day.  Contact the advisor of the activity you are interested in to be sure you can participate while working 100% online.
- School sponsored sports will be fully open to 100% online students, provided the student meets all eligibility requirements.
- The online curriculum through *SchoolsPLP* is NCAA approved.
- Teachers, counselors, and principals for students remaining online will be the same as those serving students in their home school.  They will be fully available to support student needs.

**Transitions**

Due to the significant logistical challenges of teaching students online and in-person at the same time, we are limiting transitions from online to in-person learning to the following time periods:
- On the first day of a transition from online to in-person or hybrid learning.
- On the first day of the third and 4th quarters of the school year, on January 4, 2021 and March 15, 2021.

The deadline dates for notifying your child's building principal of your plan to transition from online to in-person learning are as follows:
- Elementary Schools
  - Grades K-3
    - October 12, 2020 to come back in-person 4 days per week on October 19.
    - December 14, 2020 to come back in-person at the start of 3rd quarter on January 4.
    - March 8, 2021 to return in-person at the start of the 4th quarter on March 15.
  - Grades 4-6
    - October 12, 2020 to come back in-person 4 days per week, after the hybrid period ends, on October 19.
    - December 14, 2020 to come back in-person at the start of 3rd quarter on January 4.
    - March 8, 2021 to return in-person at the start of the 4th quarter on March 15.
- Weisenborn Junior High School

- ○ October 12, 2020 to come back in-person 4 days per week, after the hybrid period ends, on October 19.
- ○ December 14, 2020 to come back in-person at the start of 3rd quarter on January 4.
- ○ March 8, 2021 to return in-person at the start of the 4th quarter on March 15.
- Wayne High School
  - ○ October 12, 2020 to come back in-person 4 days per week, after the online period ends, on October 19.
  - ○ December 14, 2020 to come back in-person at the start of 3rd quarter on January 4.
  - ○ March 8, 2021 to return in-person at the start of the 4th quarter on March 15.

If parents do not notify the building principal of their intention to move to in-person learning by the deadlines above, students will be required to remain online until the next transition opportunity.

**Plan Phases**

Our plan is to phase students' reentry. We have created a targeted timeline as a goal. The dates may be altered based on the current state of COVID-19 infections in our community.

<u>Phase 1 - 100% Online Learning</u>

- All PK-12 students (with the exception of students in multiple or emotional disabilities classrooms) will return to school at the start of the school year online with their classroom teacher(s) for the year leading their learning.

<u>Phase 2 - 50/50 Blended Learning w/ Online Option</u>

- In this phase students will return to the classroom according to the following schedule
  - ○ Monday/Tuesday students with last names letters A-K
  - ○ Wednesday all students learn online
  - ○ Thursday/Friday students with last names letter L-Z
  - ○ Parents should notify the principal if they have children in their family groups with different last names that they want to be grouped together.
- When not in the school building learning, all students will continue learning online.
- The letter grouping is subject to change in each building, based on the number of students in each grouping. The goal is to create a 50-50 balance each day.

- Students who prefer to remain online with the same teacher(s) during this phase may do so.

Phase 3 - 4 days In-Person/1 day Online w/ 100% Online Option

- In this phase students will return to the classroom and school 4 days per week, Monday, Tuesday, Thursday, and Friday.
- Wednesday will be an online day for all students.
- The 100% online option will still be available with the same teacher(s) for students, if preferred.

Phase 4 - 100% In-Person Learning w/ Online Option

- In this phase all students will return to the classroom and school full time, fives days per week.
- The 100% online option will still be available with the same teacher(s) for students, if preferred.



## Return to School Plan Target Timeline (subject to change)

| Date | Grade Level | Plan | Notes |
|---|---|---|---|
| Aug 27-Sept 11 | PK-3 | 100% online | All staff report to school buildings 100%. Students remain at home online. |
| | 4-8 | | |
| | 9-12 | | |
| Sept 14-Oct 2 | PK | 100% in-person | Back to normal school schedule. |
| | K-3 | Hybrid 50/50 | Mon/Tue A Group, Weds all online, Thu/Fri B Group |
| | 4-8 | 100% online | Staff reports. Students online. |
| | 9-12 | | |
| Oct 5-16 | PK-3 | 100% in-person | Back to normal school schedule. |
| | 4-8 | Hybrid 50/50 | Mon/Tue A Group, Weds all online, Thu/Fri B Group |
| | 9-12 | 100% online | Staff reports. Students online. |
| Oct 19-Mar 11 | PK | 100% in person | Back to normal school schedule. |
| | K-12 | In person M/T, TH/F Online W | All in-person students report four days per week. |
| Mar 15 | PK-12 | 100% In-Person | Back to normal school schedule. |



Exhibit H



HUBER HEIGHTS
CITY SCHOOLS

| | |
|---|---|
| Book | Policy Manual |
| Section | Section B: Board Governance and Operations |
| Title | Board Member Conflict of Interest |
| Code | BBFA |
| Status | Active |
| Legal | ORC 102.03 |
| | ORC 102.04 |
| | ORC 2921.02(B) |
| | ORC 2921.42 |
| | ORC 2921.43 |
| | ORC 2921.44 |
| | ORC 3313.13 |
| | ORC 3313.33 |
| | ORC 3313.70 |
| | ORC 3319.21 |
| | ORC 4117.20 |
| Cross References | BBBA - Board Member Qualifications |
| | BBF - Board Member Code of Ethics |
| Adopted | September 14, 2006 |
| Last Revised | May 7, 2015 |

## Board Member Conflict of Interest

The Board and individual members follow the letter and spirit of the law regarding conflicts of interest.

A Board member will not have any direct or indirect pecuniary interest in a contract with the District; will not furnish for remuneration any labor, equipment or supplies to the District; nor be employed by the Board in any capacity for compensation.

A Board member may have a private interest in a contract with the Board if all of the following apply:

1. the subject of the public contract is necessary supplies or services for the District;

2. the supplies or services are unobtainable elsewhere for the same or lower cost, or are being furnished to the District as part of a continuing course of dealing established prior to the Board member's becoming associated with the District;

3. the treatment accorded the District is either preferential to or the same as that accorded other customers or clients in similar transactions and

4. the entire transaction is conducted at arm's length, with full knowledge by the Board of the interest of the Board member, member of his/her family, or his/her business associate, and the Board member takes no part in the deliberations or decision with respect to the public contract.

The law specifically forbids:

1. the prosecuting attorney or the city attorney from serving on this Board;

2. a Board member from serving as the school dentist, physician or nurse;

3. a Board member from being employed for compensation by this Board;

4. a Board member from having, directly or indirectly, any pecuniary interest in any contract with this Board;

5. a Board member from voting on a contract to employ a person as a teacher or instructor if he/she is related to that person as father, mother, brother, sister or spouse;

6. a Board member from authorizing, or employing the authority or influence of his/her office to secure authorization of, any public contract in which he/she, a member of his/her family or his/her business associates have an interest;

7. a Board member from having an interest in the profits or benefits of a public contract entered into by, or for the use of, the District and

8. a Board member from occupying any position of profit during his/her term of office or within one year thereafter in the prosecution of a public contract authorized by him/her or a board of which he/she was a member at the time of authorization of that contract.

Exhibit I



Huber Heights City Schools
**COVID-19 Response Plan**
Summer/Fall 2021

1. <u>Restrictions Being Removed</u>
   a. All COVID restrictions will be lifted on June 2. Until then, all current restrictions will remain in place.
      i. Restrictions being lifted include, but are not limited to the following:
         1. Remote Wednesdays (all students will be in-person, everyday)
         2. Remote learning options will no longer be available
         3. Social distancing
         4. Mask wearing
         5. Maximum capacity limitations
         6. Period by period classroom cleaning
         7. Restricted drop-off/pick-up procedures
         8. Visitor restrictions
         9. Health/temperature checks
         10. Cafeteria procedures
         11. Facility rental and usage limitations
         12. Overnight/extended field trip limitations

2. <u>Quarantining/Positive Cases</u>
   a. Students/staff who have a confirmed case of coronavirus are required to follow guidance from the Public Health Department of Montgomery County in regards to quarantining or other guidance.
   b. The district will no longer quarantine individuals who are in close proximity to a positive case of COVID-19.
   c. Notifications of positive cases will continue to be communicated with the Montgomery County Health Department.

3. <u>Continued Safety Measures</u>
   a. The district will continue to implement the following safety measures through the fall of 2021:
      i. Daily deep cleaning of classrooms and facilities.
      ii. Students will continue to have the option of wearing masks in school as a preventative safety measure.
      iii. Hand sanitizing stations will continue being utilized in present locations.

*Policies and guidelines are subject to change, based on local, state, and federal rules/orders/legislation.*