.



Exhibit I



**Huber Heights City Schools**
**COVID-19 Response Plan**
~~Summer/Fall 2021~~
*September 1, 2021*

1. ~~Restrictions Being Removed~~ *COVID-19 District Safety Measures and Requirements*
   a. ~~All COVID restrictions will be lifted on June 2. Until then, all current restrictions will remain in place.Restrictions being lifted include, but are not limited to the following:~~
   b. ~~Remote Wednesdays (all students will be in-person, everyday)~~
   c. ~~Remote learning options will no longer be available~~
   d. Social distancing *(6 ft) will be implemented wherever possible.*
   e. *Mask wearing is required on all school transportation, and **indoors only** for all students (PK-12), staff, families, and visitors while on school grounds, and at all **indoor** district-sponsored events.*
       i. *Masks are required through October 15, 2021.*
       ii. *Masks must fully cover the nose and mouth at all times while indoors.*
       iii. *Mask exceptions:*
           1. *Children age 2 and under*
           2. *Individuals with significant multiple disabilities*
           3. *Individuals with documented medical conditions preventing them from wearing a mask. Those seeking a medical exemption must submit a request along with a note from their healthcare provider in support of the exemption, to the principal or assistant principal of the school where the event or activity is taking place.*
       iv. *Athletes participating in sports will follow the guidance of the Ohio High School Athletic Association.*
       v. *Masks are not required while students are seated and eating in the cafeteria or while performing vigorous activities in the gymnasium.*
       vi. *Masks are strongly encouraged, but **not required** outdoors while on school grounds or at school sponsored events.*
   f. ~~Maximum capacity limitations~~
   g. Period by period classroom cleaning is required across the district
   h. ~~Restricted drop-off/pick-up procedures~~
   i. ~~Visitor restrictions~~
   j. ~~Health/temperature checks~~
   k. *During breakfast and lunch, schools will socially distance students as much as is possible within the constraints of schedules and facility limitations.*

l. ~~Facility rental and usage limitations~~
m. ~~Overnight/extended field trip limitations~~
n. Custodians will deep clean all classrooms and facilities on a daily basis.
o. Drinking fountains will only be utilized to fill water bottles.
p. Hand sanitizer will be available for use in all classrooms and throughout the common areas in our facilities.

2. ~~Quarantining/Positive Cases~~ Exclusion of Positive Cases & Close Contacts
   a. Students/staff who ~~have a confirmed case of~~ are positive with coronavirus should follow guidance from the Public Health Department of Montgomery County in regards to quarantining or other guidance. Positive individuals will be excluded from school grounds and all school-related activities until 10 calendar days after symptom onset, and resolution of fever for at least 24 hours without the use of fever-reducing medications, and with improvement in other symptoms.
   b. ~~The district will no longer quarantine individuals who are in close proximity to a positive case of COVID-19.~~
   c. Notifications of positive cases will continue to be communicated with the Montgomery County Health Department.
   d. Parents/Guardians of students who are in the classroom or a school activity with a coronavirus positive individual will receive written notification of this information from the school within 24-hours of the school becoming aware of the positive case in the classroom or activity.
   e. Parents/Guardians of students who attend a school with a coronavirus positive individual will receive written notification from the school within 24-hours of the school becoming aware of a positive case in the building.
   f. Parents/Guardians may exclude their child from school if their child is a close contact of a positive coronavirus student.
      i. Students will be excused from school for up to 10 calendar days from the date of the last contact with the coronavirus-positive individual.
   g. The responsibility to contact trace and require quarantine of close contacts is the sole authority of the local Montgomery County Board of Health.
   h. Excluded students will be able to access their assignments while not in school on their teachers' Google Classroom or Seesaw (for younger grades) websites.

3. ~~Continued Safety Measures~~ District-wide COVID Reporting
   a. The district will continue to post the number of coronavirus positive cases and close contact excluded students and staff on our website.
   b. ~~The district will continue to implement the following safety measures through the fall of 2021:~~
      i. ~~Daily deep cleaning of classrooms and facilities.~~
      ii. ~~Students will continue to have the option of wearing masks in school as a preventative safety measure.~~
      iii. ~~Hand sanitizing stations will continue being utilized in present locations.~~

*Policies and guidelines are subject to change, based on local, state, and federal ~~rules/orders/~~ or laws ~~legislation~~.*